# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DARIUS DENNIS (# N7127)**                                                       **PLAINTIFF**

**v.**                                                                    **No. 4:10CV15-A-S**

**RICKY SCOTT, ET AL.**                                                         **DEFENDANTS**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On February 26, 2010, the court entered an order requiring the plaintiff, within 21 days, to complete and return an authorization for release of his inmate account information, with certification of its accuracy by the inmate account custodian. The information is necessary for the court to rule upon the plaintiff's motion to proceed *in forma pauperis*. The order cautioned the plaintiff that "failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and for failure to comply with an order of the court." Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on March 15, 2010. The plaintiff returned the authorization form, but it was not certified by the inmate accounts custodian. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 6th day of April, 2010.

                                            **/s/ Sharion Aycock**
                                            **U.S. DISTRICT JUDGE**